IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALTON KELLEY**   **PLAINTIFF**

v.   **4:15-cv-00327-KGB**

**MIKE HARDY, Transport Officer,
Conway County Jail;** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Therefore, the Court dismisses without prejudice plaintiff Alton Kelley's complaint (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE