**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ALTON KELLEY                                                                                        PLAINTIFF

v.                                                    4:15-cv-00327-KGB

MIKE HARDY, Transport Officer,
Conway County Jail; *et al.*

                                                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 20th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE